■ In the Matter of the Construction of the Will of LENA VARISCO, Deceased. CONSTANCE LA FALCE et al., Appellants; SALVATORE J. CURELLA, as Executor of LENA VARISCO, Deceased, Respondent.— Decree unanimously affirmed on the opinion of the Surrogate, with costs to all parties filing briefs, payable out of the estate. We do not pass upon the rights, if any, of any unborn children of Salvatore and Rena Curella. (Appeal from decree of Erie County Surrogate construing will.) Present — Del Vecchio, J. P., Gabrielli, Moule, Cardamone and Henry, JJ.